**DISMISS and Opinion Filed August 5, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00618-CV

**LINDSEY LAVENDER AND LEILANI FERGUSON, Appellants**
**V.**
**CITY OF FRISCO, TEXAS, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02007-2021**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

Before the Court is appellants' motion to dismiss the appeal. Appellants no longer wish to pursue the appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID J. SCHENCK
210618F.P05                          JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LINDSEY LAVENDER AND
LEILANI FERGUSON, Appellants

No. 05-21-00618-CV     V.

CITY OF FRISCO, TEXAS,
Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-02007-
2021.
Opinion delivered by Justice
Schenck. Justices Reichek and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CITY OF FRISCO, TEXAS recover its costs of this appeal from appellants LINDSEY LAVENDER AND LEILANI FERGUSON.

Judgment entered August 5, 2021